| State of Alabama<br>Unified Judicial System<br><br>Form C-10    Rev 6/88 | AFFIDAVIT of SUBSTANTIAL<br>HARDSHIP and ORDER<br>RECEIVED<br>2006 JUN 20 | Case Number<br><br>3:06cv547-MHT |
|---|---|---|

IN THE **Middle District** COURT OF **Montgomery**, COUNTY

~~[redacted]~~ **Petitioner** v. Defendant **State of Alabama**

IN THE MATTER OF:

TYPE OF PROCEEDING: _____ CHARGE: **Unconstitutional Sentence**

[X] CIVIL CASE--I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) -- I request an attorney be appointed for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

## AFFIDAVIT

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself? ___ Yes [No]
   Employer's name and address: **None**
   How much money do you take home each week? + $ **None**

B. If unemployed, give month and year of last employment and amount earned per month: **Disable mental Health** $ **None**

C. Does your husband or wife have a job? ___ Yes [No]
   Employer's name and address: **None**
   How much money does he/she take home each week? + $ **None**

D. Do you receive money or benefits from any other source? ___ Yes [No]
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month? + $ _____

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand? ___ Yes [No]
   Where? **None** How much? + $ _____

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.) ___ Yes [No]
   What? **None**
   Total Value + $ _____

**DEPENDENTS**

A. Are you: [X] Single ___ Married ___ Widowed ___ Divorced
   ___ Separated?

B. Do you have any dependents? ___ Yes [No]
   Who and what relationship? **None**

What does it cost you to live each month? _IN PRISON_    $ _None_

|  | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| D E B T S | Loans<br>Charge Accounts<br>House or rent payments<br>Alimony<br>Support<br>Car payment<br>Groceries<br>Utilities | ✗ | None |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed-counsel.

Sworn to and subscribed before me this

_____ day of _____, 19\_\_\_

/s/ _Terry Leon Carr_
_P.O. Box 5107, Union Springs_
_AL. 36089_
**Affiant Signature**

_____
Judge/Notary

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED        ☐ DENIED

**APPOINTMENT OF ATTORNEY:**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19\_\_\_\_

_____
Judge