IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| TERRY LEON CARR, #142 607 | * |
| Petitioner, | * |
| v. | *     3:06-CV-547-MHT |
| | (WO) |
| STATE OF ALABAMA, *et al.*, | * |
| Respondent. | * |

_____

**ORDER**

Upon consideration of Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 23rd day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE