June 27, 2006
RECEIVED
2006 JUN 28 A 9:25

In The United States District Federal Court for the Middle Dist.
P.O. Box 711, Montgomery, AL
36130

Pro Se,

Terry Carr # 142607 )
   vs   Petitioner ) 3:06CV-547
State of Alabama ) MHT (W.O.)
   Respondent )

### Jurisdiction to Render Proper Judgement at

28 U.S.C. 636, of Title 15-18-8 (a)

(1) The Court has Jurisdiction to Interpered *Alabama State Rules*, 26.12 (b)(c) A. Rule Civ. P.

2) When the Respondent, misinterpreted 13A-6-4, to reread as felony

3) for Involuntary manslaughter

4) the Eleventh Circuit has nothin to do with this Court Jurisdiction (28 U.S.C. 2254, 42 U.S.C. 1983) 411 U. 499 - 500)

— 1 —

# Grounds of Prefiled Petition

## II

2) The Petitioner Alledged that the Court was without Jurisdiction to Render the Judgement or to Impose the Sentence

## III

2) King v. State, 689 So. 2d 937 Contends, A Petition Can Not Be Certified Under the New Rules of Law i.e. of Discovery

## IV.

3) The Rules of Discovery Process Admits, Involuntary Manslaughter Is Not a felony

4) Therefore the Eleventh Circuit Is without Jurisdiction, to Define a misdemeanor Conviction Terry/Carr V. State Esj.

-2-

Retroactive Issues

A.

Whether this Court Never Intended to Hear Petitioner Habeas Petition

B.

Or the Court must Has Intended to Nas Prasquill All Priors for Reason Asserted 13A-6-4, Code 1975 U.S.C.A.?

C.

The Penitent Court Jurisdiction 415 U.S. 528 (1967) Has Never Had Any Doubts About their Jurisdiction 28 U.S.C. 1343(b) Hagan V. Levine, 415 U.S. 528 (1967) U.S.C.A. (?), At 28 U.S.C. 2244? Bell V. Hood Supra

- 3 -