IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY LEON CARR, #142 607 | * | |
| Petitioner, | * | |
| v. | * | 3:06-CV-547-MHT (WO) |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondent. | * | |

**ORDER**

Upon consideration of Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 23rd day of June 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

— 4 —

Case: 3:06cv547

Terry Leon Carr AIS&#142607
 Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL 36089-5107

------------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet complied with this order, according to our records. Please register IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF welcome page, click on the Registration button).  The form can be completed and submitted on-line

If you have any questions or need help with our Case Management/Electronic Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

-5-