RECEIVED
2006 JUL 20 A 9: 51
U.S. DISTRICT COURT
[ALA]



IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

*[Handwritten note: NOTE: The Petitioner Did Not file A federal 2255, therefore The Judgement under F.R.C.P 65(a) of FRCP Rule 60(b) of 120 Day i.e. to Reinstate Is Proper 411 U.S. 487-499   1.]*

| | |
|---|---|
| *Pro Se*<br>TERRY LEON CARR, #142607 )<br>   )<br>   Petitioner, )<br>   )<br>v.   )<br>   )<br>STATE OF ALABAMA, et al., )<br>   )<br>   Respondents. ) | CIVIL ACTION NO.<br>3:06cv547-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2255, ~~petitioner filed~~ *[handwritten: Did Not]* this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

Preamble:

I.

The Court Justice can find out the Petitioner did Not file No 28 USC 2255, this Error Is Clearly A miscarriage of Justice for FRCP Rule 56(e) of Rule 60(b) Pretaining to Habeas Relief

II.

Whether the Court should order a DeNovo determination on Grounds 15-18-8(a)(1)(d) of A.R.Civ.P. Rule 26.12(c) A.R.C.P (FRCP) Rule 60(b) on merits, the Petitioner Request His Unknowned 2255 under 28 USC 2254 for Release from Unconstitutional Sentence

III.

/s/ Terry Carr 142607
P.O. Box 5107
Union Springs, AL 36089